## UNITED STATES BANKRUPCY COURT

IN RE:                CHAPTER 13 NO:

**PAMELA A. HOLM**

**Debtor,**

### DEBTOR MOTION TO EXTEND FORECLOSURE STAY

Now come the Debtor, Pamela A. Holm respectfully Requesting this court to extend foreclosure STAY until February 28th to permit Debtor to reinstate mortgage note.

1. Debtor has been working diligently to try and modify the mortgage to no avail as the mortgage servicer will not accept income from co-owner of the property, despite requesting it but told the debt to income ratio with combined income was acceptable but the house to income ratio was not and that a 2 point increase would be made to any modification resulting in a $3,400 monthly payment.
2. Debtor has attempted to obtain funding from family members and a hardship from a retirement plan to cure the default and reinstate.
3. The reinstatement quote was provided on February 11th 2025 and this only gave 4 business days and this has created a hardship as processing funds can take five business days to process.
4. Once Debtor receives these funds the mortgage note will be caught up in full and her ability to make monthly payments to the note will be possible, given income is now received from social security disability monthly and household members

WHEREFORE, it is requested and prayed that this Motion be allowed.

By Debtor, PRO SE

Date: February 17, 2025         Pamela A. Holm
217 Dean Street
Norton, Ma 02766
(508) 409-7890
Pamjacks2020@gmail.com