UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: PAMELA A. HOLM
      Debtor

Case No. 25-10299-JEB
Chapter 13    2/18/25

AFFIDAVIT OF

Pamela A. Holm

I, Pamela A. Holm residing at 217 Dean Street Norton, MA 02766, swear that the following statements are true:

I am a permanently disabled registered nurse who worked with geriatric patients for many years and due to personal illness and COVID I became unable to work and applied for disability benefits, which were recently approved after 5 long years. After the foreclosure moratorium ended, SN Servicing received nearly $139,000 from Massachusetts Homeowner Assistance Fund due to my not being able to work through the pandemic and was told I should receive a loan modification from them being paid this money. I have since been working with SN Servicing to do a Loan Modification and had been instructed to complete Loss Mitigation paperwork with my income and expenses and submitted that for consideration. The modification was DENIED with $4,200 a month for disability income. I was then told I could appeal this and asked if the income of the co-owner of the property could be used and was told to fill out a non-borrower contribution form and the co-owner submitted income to SN Servicing substantiating his income. SN Servicing came back and DENIED that request stating it was due to: "ineligible income & ineligible borrower, unfortunately even with the

**increased contributor income the housing debt to income ratio is outside of our parameters. A loan modification would increase the rate and payment further exacerbating the issue"** He had said the payment would increase $1,000 a month to $3,400 which would mean they were not willing to modify the note at all, but required all of this documentation to be completed and submitted to include a non-borrower contribution form for which they later came back and told me was ineligible income without an explanation. I also thought it was odd considering there is most likely $100,000 or more in equity remaining from what is currently owed in total to what the surrounding "comparable homes" are selling for in my area. The combined income for me and the co-tenant was $14,000 monthly netting $10,000. This all seemed so off to me. I know I come from a nursing profession, but I talked to modification companies that were eager, telling me they could have the interest rate reduced or payment owed deferred to the back end of the mortgage IF I was willing to pay them thousands of dollars to get the loan modified. My last-ditch effort to try to resolve this was to ask about a reinstatement quote but received it on 2/11/2025 and given the limited time it takes to process a distribution and the banking holiday, only 3 business days created a direct hardship. In addition to all of this, the certified notice for the Foreclosure sale was sent to an address where I have never resided by the firm Demerle Associates, PC who was previously asked to correct the address to reflect what is on my mortgage statement and driver's license, **217 Dean Street Norton, MA 02766.** We have asked the Litigation Attorney, John Precobb to make the change at his firm, as neither myself or the co-owner reside at that property being sent these notices, but where I am the mortgagor and notice is being sent to another address that is not the address of record on my mortgage invoice (attached) seems to be inappropriate process.

I have received the funds to cure my default and bring my loan current until April and I am confident that I can meet my payment obligation going forward and pray that this court approves the automatic stay, where I have been in continued negotiations with the servicing company showing good faith to resolve this matter. If this stay is not granted, it will result in continued hardship for me and my family, as my credit needs rebuilding after this process. I appreciate the court's time and consideration for this motion in granting relief.

Signed under the pains and penalties of perjury,

2/20/25
Date

_____
Signature

**SN SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

PAMELA A HOLM
217 DEAN ST
NORTON, MA 02766-3443

**Account Information - Statement Date: 2/5/2025**

| | |
|---|---|
| Account Number | |
| Payment Due Date | 3/1/2025 |
| **Total Amount Due** | **$44,056.32** |
| $0.00 late fee may be charged on or after 3/17/2025 | |
| Outstanding Principal | $303,708.95 |
| This is not the amount to pay off your loan | |
| Interest Rate | 5% |
| Prepayment Penalty | No |
| Escrow Balance | -$6,502.75 |

**Past Payment Breakdown**

| | Paid Since 1/9/2025 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

**Explanation of Amount Due**

| Due Date | Principal | Interest | Escrow | Other | Assist | Total |
|---|---|---|---|---|---|---|
| 1/1/2024 | $288.82 | $1,265.45 | $632.90 | $0.00 | $0.00 | $2,187.17 |
| 2/1/2024 - 2/1/2025 | $3,865.96 | $16,339.55 | $8,879.82 | $0.00 | $0.00 | $29,085.33 |
| 3/1/2025 | $306.13 | $1,248.14 | $795.93 | $0.00 | $0.00 | $2,350.20 |
| Total Payments Due | | | | | | $33,622.70 |
| Total Fees and Charges | | | | | | $10,433.62 |
| Total Amount Due | | | | | | $44,056.32 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

**Important Messages**

Impacted by COVID-19? Find information about the Homeowner Assistance Fund (HAF), a federal program helping homeowners, by visiting the National Council of State Housing Agencies website at https://www.ncsha.org/homeowner-assistance-fund/.

Reinstatement figures are subject to change.
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

...mitigation program: Forbearance. This is your **Recent Account History:**
* Payment due 09/01/2024
* Payment due 10/01/2024
* Payment due 11/01/2024
* Payment due 12/01/2024
* Payment due 01/01/2025
* Payment due 02/01/2025
* Current Payment due 03/01/2025: $2,350.20
* Total: $44,056.32 due by 03/01/2025 to bring your account current.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
* U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Other Balances**

| Description | Balance |
|---|---|
| Attorney Fee | $2,353.00 |
| Forebearance Escrow | $11,141.34 |
| Forebearance Int | $12,881.82 |
| Forebearance Other | $97,526.39 |
| Forebearance Prin | $284.05 |
| Foreclosure Expense | $7,930.73 |
| Late Fees | $139.89 |
| VOM Fee | $10.00 |

**Transaction Activity (1/9/2025 to 2/5/2025)**

| Date | Description | Charges | Escrow | Payments |
|---|---|---|---|---|
| 2/3/2025 | Forced Place Insur Disbursement | | -$262.65 | |

---

*Massachusetts Driver's License shown:*
HOLM, PAMELA A
217 DEAN ST
NORTON, MA 02766-3443
ISS 01/30/2017  EXP 01/10/2022
SEX F  HGT 5'-06"  DOB 01/10/75

---

Detach at Perforation

**SN SERVICING CORPORATION**
Customer Service: (800) 603-0836

PAMELA A HOLM
217 DEAN ST
NORTON, MA 02766-3443

SN Servicing Corporation
PO BOX 660820
DALLAS, TX 75266-0820

**Payment Coupon**
Please return with your check payable to: SN Servicing Corporation

Amount due for Loan 0_____

| | |
|---|---|
| Due 3/1/2025 | $2,187.17 |
| Total Amount Due * | $44,056.32 |
| $0.00 late fee will be charged on or after 3/17/2025 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Total Amount Enclosed | $ . |

* Figures are subject to change.
Please call (800) 603-0836 to update these figures prior to remitting funds.

660820 0000335446 0003376259 8

**USPS CERTIFIED MAIL**
BOSTON MA 020

Demerle & Associates, P.C.
10 CITY SQ STE 4
BOSTON MA 02129-3740

USPS CERTIFIED MAIL

9414 8118 9876 5457 7070 94

Pamela A. Holm
6 MORGAN RD
MANSFIELD MA 02048-1010

$8.44  US POSTAGE
FIRST-CLASS IMI
Jan 17 2025
Mailed from ZIP 02129
2 OZ FIRST-CLASS MAIL LETTER RATE
11923275
063S0011718298
endicia

1-21-25

1/20
2/5

UNC