## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Pamela A. Holm , <br> Debtor | Chapter: 13 <br> Case No: 25−10299 <br> Judge Janet E. Bostwick |

### NOTICE OF FILING FEE DUE ON DISMISSED CASE.

Pursuant to 28 USC section 1930, fees are due and owing to the Court when the case is filed.

On **FEBRUARY 20, 2025** the Court entered an **Order Denying Application to Pay Fee installment** As stated in that Order, *If the debtor fails to timely pay the filing fee in full or to timely make installment payments, the Court may dismiss the debtor's case and the full fee will become due*.

On **FEBRUARY 27, 2025 a payment was due to the Court.**

A balance in the amount of $ 313.00 is still owed to the Court. Please submit your payment by **MARCH 14, 2025 .**

Date:  2/28/25

By the Court,

Susan Keating
Deputy Clerk
617−748−5333

### PLEASE RETURN THIS FORM WITH YOUR PAYMENT

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED. MONEY ORDER payable to the CLERK, U.S. BANKRUPTCY COURT**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN FURTHER ACTION BY THE COURT WITHOUT FURTHER NOTICE.**

| ⦿ United States Bankruptcy Court <br> John W. McCormack Post <br> Office and Court House <br> 5 Post Office Square, Suite 1150 <br> Boston, MA 02109−3945 | ○ United States Bankruptcy Court <br> 211 Donohue Federal Building <br> 595 Main Street <br> Worcester, MA 01608−2076 | ○ United States Bankruptcy Court <br> United States Courthouse <br> 300 State Street, Suite 220 <br> Springfield, MA 01105−2925 |
|---|---|---|

28 − 18